NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE FOX GROUP, INC.,**
*Plaintiff-Appellant,*

v.

**CREE, INC.,**
*Defendant-Appellee.*

---

2011-1576

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0314, Judge Rebecca Beach Smith.

---

**ON MOTION**

---

**ORDER**

Cree, Inc. moves for a 45-day extension of time, until February 17, 2012, to file its response brief. The Fox Group, Inc. opposes. Cree, Inc. replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>DEC 1 2 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: Christopher B. Mead, Esq
David C. Radulescu, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 2 2011**

**JAN HORBALY**
**CLERK**